UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHRISTOPHER S. CHAPMAN,

   Plaintiff,           Civil Action: 1:08cv 03255 (LAP)

 -against-            Notice of Appearance

UNIVERSAL MOTOWN RECORDS GROUP, et al.,

   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE CLERK OF THE COURT:

 Please enter my appearance as local counsel on behalf of the Plaintiff, Christopher S. Chapman. I am entitled to receive electronic notifications of activity on the case. I certify that I am admitted to practice law before this Court.

Dated: New York, New York
    14 July 2008

             By: _____
                Dayton P. Haigney, III (DH 3455)
                **Local Counsel to Plaintiff**
                60 East 42nd Street, 47th Floor
                New York, NY 10165
                (212) 557-5590
                (646) 290-5729 (fax)
                DPHLAW@msn.com

## CERTIFICATE OF SERVICE

Dayton P. Haigney, the undersigned attorney, do hereby certify, under penalty of perjury, that on this 14th day of July 2008, I caused to be served upon counsel for Defendant the annexed notice of appearance by mailing a copy to:

    Mitchell Silberberg & Knupp LLP
    12 East 49th Street
    New York, New York  10017

Dated:    New York, New York
             14 July 2008

                                             _____
                                             Dayton P. Haigney (DH-3455)