UNITED STATES DISTRICT
**SOUTHERN DISTRICT OF NEW YORK**

CHRISTOPHER S. CHAPMAN,
Plaintiff,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

-against-                                    1:08cv 03255 (LAP)

UNIVERSAL MOTOWN RECORDS GROUP, et al.,
Defendants.

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Dayton P. Haigney, attorney for Christopher S. Chapman and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Duncan Glover Byers |
| Firm Name: | Duncan G. Byers, P.C. |
| Address: | 142 W. York Street; Suite 910 |
| Cit/State/Zip Code: | Norfolk, Virginia 23510 |
| Telephone/Facsimile: | (757) 227-3340 / (757) 227-3341 |
| Email Address: | admin@byers-ip.com |

is admitted to practice pro hac vice as counsel for Christopher S. Chapman in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:   New York, NY
         ____ July, 2008
              (14)

*Loretta A. Preska*
U.S. District/Magistrate Judge