UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER S. CHAPMAN, Plaintiff,

-against-                                                       1:08cv 03255 (LAP)

UNIVERSAL MOTOWN RECORDS GROUP, et al., Defendant.

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.39(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Dayton P. Haigney, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Duncan Glover Byers |
| Firm Name: | Duncan G. Byers, P.C. |
| Address: | 142 W. York Street, Suite 910 |
| City/State/Zip: | Norfolk, Virginia 23510 |
| Phone Number: | (757) 227-3340 |
| Facsimile Number: | (757) 227-3341 |

Duncan Glover Byers is a member in good standing of the Bar of the State of Virginia. There are no pending disciplinary proceedings against Duncan Glover Byers in any State or Federal court.

Dated:   New York, NY
         13 July 2008

Respectfully submitted,

_____
Dayton P. Haigney, Esq.
SDNY Bar: DH-3455
Address:  60 East 42nd Street; 47th Floor
City/State/Zip Code:  New York, NY  10165
Phone No.:  (212) 557-5590
Facsimile No.: (646) 290-5729

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER S. CHAPMAN,  Plaintiff,

    -against-                                                    1:08cv 03255 (LAP)

UNIVERSAL MOTOWN RECORDS GROUP, et al., Defendant.

| State of New York | ) | |
|---|---|---|
| | ) | **ss:** |
| New York County | ) | |

### AFFIRMATION OF DAYTON P. HAIGNEY IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Dayton P. Haigney, an attorney duly admitted to practice law before this Court, hereby affirms the following upon information and belief and under the penalty of perjury:

1. I am of counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Duncan G. Byers as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law New York on April 15, 1988. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Duncan G. Byers since June 2008. We attended the same law school, Washington and Lee University School of Law in Lexington, Virginia.

4. Mr. Byers is the principal of Duncan G. Byers, PC located in Norfolk, Virginia (Certificate of Good Standing Exhibit A).

5. I have found Mr. Byers to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Duncan G. Byers, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Duncan G. Byers, pro hac vice, which is attached hereto as (Exhibit A).

WHEREFORE it is respectfully requested that the motion to admit Duncan G. Byers, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated:   New York, NY
              13 July 2008

Respectfully submitted,

_____
Dayton P. Haigney, Esq. (DH-3455)

EXH. A

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

DUNCAN GLOVER BYERS

was admitted to practice as an attorney and counsellor at the bar of this Court on October 28, 2002.

I further certify that so far as the records of this office are concerned, DUNCAN GLOVER BYERS is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 10th day of July
A.D. 2008

By: _____
Deputy Clerk

EXH. B

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER S. CHAPMAN,
Plaintiff,

-against-                                                        1:08cv 03255 (LAP)

UNIVERSAL MOTOWN RECORDS GROUP, et al.,
Defendants.

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Dayton P. Haigney, attorney for Christopher S. Chapman and said sponsor attorneyís affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicantís Name: | Duncan Glover Byers |
| Firm Name: | Duncan G. Byers, P.C. |
| Address: | 142 W. York Street; Suite 910 |
| Cit/State/Zip Code: | Norfolk, Virginia 23510 |
| Telephone/Facsimile: | (757) 227-3340 / (757) 227-3341 |
| Email Address: | admin@byers-ip.com |

is admitted to practice pro hac vice as counsel for Christopher S. Chapman in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:   New York, NY
         ____ July 2008

                                                          _____
                                                          U.S. District/Magistrate Judge

## Certificate of Service

      Dayton P. Haigney, the undersigned attorney, do hereby certify, under penalty of perjury, that on this 14th day of July 2008, I caused to be served upon counsel for Defendant the annexed motion for admission *pro hac vice,* supporting affirmation with exhibit and proposed order by causing a true and correct copy to be served upon counsel of record by mailing a copy to:

    Mitchell Silberberg & Knupp LLP
    12 East 49th Street
    New York, New York  10017

Dated:    New York, New York
            14 July 2008

                                            Dayton P. Haigney (DH-3455)

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia,

do hereby certify that

DUNCAN GLOVER BYERS

was admitted to practice as an attorney and counsellor at the bar of this Court on October 28, 2002.

I further certify that so far as the records of this office are concerned, DUNCAN GLOVER BYERS is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 10th day of July
A.D. 2008
By: _____
Deputy Clerk