AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

**APPEARANCE**

Case Number: 08 Civ. 3255 (LAP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Universal Motown Records Group

I certify that I am admitted to practice in this court.

| 8/1/2008 | *signature* |
|---|---|
| Date | Signature |
| | Jeffrey M. Movit (jmm@msk.com)      (JM-6725) |
| | Print Name                           Bar Number |
| | Mitchell Silberberg & Knupp LLP, 12 E. 49th St., 30th Floor |
| | Address |
| | New York          NY           10017 |
| | City              State         Zip Code |
| | (202) 509-3900          (212) 509-7239 |
| | Phone Number            Fax Number |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER S. CHAPMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>UNIVERSAL MOTOWN RECORDS GROUP, et al.,<br><br>    Defendants. | CASE NO. 08-CV-03255 (LAP)<br><br>**CERTIFICATE OF SERVICE** |

   I, Jeffrey M. Movit, hereby certify that on Friday, August 1, 2008, a true and correct copy of the Notice of Appearance of Jeffrey M. Movit in the above-captioned proceeding was served via United States mail upon:

>   Dayton Peter Haigney, III
>   60 East 42nd Street
>   47th Floor
>   New York, NY 10165
>
>   Duncan Glover Byers
>   Duncan G. Byers P.C.
>   142 W. York Street, Suite 910
>   Norfolk, VA 23510

DATED: New York, New York
       August 1, 2008

MITCHELL SILBERBERG & KNUPP LLP

By: _____
    Jeffrey M. Movit
    12 East 49th Street, 30th Floor
    New York, New York 10017-1028
    Telephone: (212) 509-3900
    Facsimile: (212) 509-7239

1918368.1