```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CHRISTOPHER S. CHAPMAN,              :     08 Civ. 3255 (LAP)
                                     :
                Plaintiff,           :     SCHEDULING ORDER
                                     :
        v.                           :
                                     :
UNIVERSAL MOTOWN RECORDS GROUP &     :
JOSEPH CARTAGENA, a/k/a "FAT JOE"    :
AND "TERROR SQUAD"                   :
                                     :
                Defendants.          :
------------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

   Counsel shall confer and propose an agreed upon briefing schedule for the proposed summary judgment motion.


Dated:   New York, New York
         July 24, 2009

                              _____
                              LORETTA A. PRESKA, U.S.D.J.